**1095-15**

# ELECTRONIC RECORD

COA #   10-13-00409-CR                    OFFENSE:   Indecent Exposure

STYLE:   Adam Lamar Brooks v. The State of Texas          COUNTY:   Brazos

TRIAL COURT:        County Court at Law No 1        _____ MOTION
TRIAL COURT #:      11-01734-CRM-CCL1        FOR REHEARING IS:   _____
TRIAL COURT JUDGE:  Hon. Amanda Matzke        DATE:   _____
DISPOSITION:   Affirmed                      JUDGE:   _____

DATE:      July 23, 2015

JUSTICE:   Chief Justice Gray          PC         S     X
PUBLISH:   _____              DNP:   X

CLK RECORD:   January 6, 2014          SUPP CLK RECORD:   2/25/2015; 5/15/2015
                                                          8/13/2014; 12/2/2014;
RPT RECORD:   August 5, 2014           SUPP RPT RECORD:   3/18/2015
STATE BR:     April 1, 2015            SUPP BR:    May 18, 2015
APP BR:       December 4, 2014         PRO SE BR:   _____

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                    CCA # __**1095-15**__

----------------------

_APPELLANT'S_ Petition              Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
___REFUSED___                            JUDGE: _____
DATE: _11/25/2015_                       SIGNED: _____    PC: _____
JUDGE: _Per Curiam_                      PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____            _____ ON _____
JUDGE: _____                 JUDGE: _____